IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 03-30978-H4-7 |
| | § | |
| Gulf Charters, Inc., | § | (Chapter 7) |
| | § | |
| Debtor | § | |

**AMENDED**
**MOTION TO PAY FUNDS INTO THE REGISTRY OF THE COURT**
**UNDER 11 U.S.C. §347(b)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** David Askanase, Trustee and files this Motion to Pay Funds into

the Registry of the Court under 11 U.S.C. §347(b) and would show unto the Court as

follows:

The undersigned trustee reports the following:

_____ 1.   The dividend(s) payable to the creditor(s) listed on Exhibit "A"
attached hereto is(are) in an amount less than the amount specified in Bankruptcy Rule
3010.

__X__ 2.   More than ninety (90) days have passed since the final distribution,
and the dividend payable to the creditor listed on Exhibit "A" attached hereto remains
unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 U.S.C. §347(b),

the undersigned Trustee requests authorization to pay small and/or unclaimed funds in

the total amount shown on Exhibit "A" attached hereto for deposit into the United States

Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 3041, et seq.).

1792415-1:GCI:0001

Respectfully submitted,


BY:   */s/ David Askanase\**
      David Askanase, Trustee
      SBN 01390000
      Three Allen Center
      333 Clay Street, 29th Floor
      Houston, Texas  77002
      (713) 759-0818 Telephone
      (713) 759-6834 Facsimile
      Email:  daskanase@hwa.com


## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Amended Motion was served by U. S. mail, first class, postage prepaid, on the U. S. Trustee, 515 Rusk, Suite 3516, Houston, Texas  77002 on this the  _17th_  day of December, 2010.



      */s/ David Askanase*
      David Askanase, Trustee


*\* signed with permission*

1792415-1:GCI:0001

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____          Small Dividends

\_\_X\_\_          Unclaimed Funds

| Name and Address | Claim No. | Amount |
|---|---|---|
| Verizon Directories Corp. | 5 | $    0.01 |
| c/o B & B/RMS Bankruptcy Svcs | | |
| P. O. Box 5126 | | |
| Timonium, Maryland  21094 | | _____ |
| | TOTAL | $    0.01 |